[No. 12659–1–II.   Division Two.   June 18, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID JOSEPH ASHER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark

1018

County, No. 81187R140, James Rulli, J. Pro Tem., entered March 14, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.